```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
WILLIAM MITCHELL,

                    Petitioner,              MEMORANDUM & ORDER
                                             04-CV-3367(JS)
        -against-

SUPERINTENDENT, MID-STATE
CORRECTIONAL FACILITY,

                    Respondent.
------------------------------------X
APPEARANCES:
For Petitioner:     William Mitchell, Pro Se
                    P.O. Box 835
                    Middle Island, NY 11953

For Respondent:     Guy Arcidiacano, Esq.
                    Suffolk County District Attorney's Office
                    200 Center Drive
                    Riverhead, New York 11901
```

SEYBERT, District Judge:

On August 15, 2009, this Court denied Petitioner William Mitchell's motion for a reconsideration (Docket No. 87). Petitioner appealed this Court's decision to the United States Court of Appeals for the Second Circuit. The Court of Appeals denied Petitioner's appeal without prejudice because this Court had not yet issued or denied a certificate of appealability.

Pursuant to Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c)(2), a certificate of appealability is denied as Petitioner has not made a substantial showing of a denial of a constitutional right. Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S. Ct. 1029, 1039, 154 L. Ed. 2d 931 (2003); Luciadore v. New York State Div. of Parole, 209 F.3d 107, 112 (2d Cir. 2000).

SO ORDERED.

/s/ JOANNA SEYBERT
_____
Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
          October 1, 2009